UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE GOMEZ,

                Petitioner,

-v.-

UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

17 Civ. 6190 (PGG)

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Clerk of Court is directed to mail a copy of this Court's April 15, 2021 order (17 Civ. 6190, Dkt. No. 49) to Petitioner.

Dated: New York, New York
        April 19, 2021

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge